E-FILED
Monday, 02 July, 2007  10:24:50 AM
Clerk, U.S. District Court, ILCD

Gerald M. Aswege
Reg. No. 13340-026
Federal Prison Camp
P. O. Box 1000
Leavenworth, KS 66048-1000

**In Pro Se**

**FILED**

JUL X 2007
Z TP

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

GERALD M. ASWEGE,

    Defendant/Petitioner.

Case No. 4:04-CR-40073-MMM

DECLARATION OF
GERALD M. ASWEGE

I, the undersigned, hereby declare:

1. I am the Petitioner/Defendant in the above captioned criminal case.

2. On May 5, 2005, I pled guilty to Counts One and Two of the Indictment. I am currently serving the concurrent 70-month sentences imposed by this Court.

3. As part of my plea agreement, I waived my right to a jury trial on Count Three of the Indictment, the Criminal Forfeitures Count.

4. A few days before the trial, scheduled for May of 2005, disagreements between attorney Breckenfelder and I surfaced, leading to heated arguments.

5. After the entry of guilty pleas to Counts One and Two

of the Indictment, I instructed Breckenfelder to negotiate a settlement on Count Three, the Criminal Forfeitures Count.

6. Sometime during the first half of July of 2005, I sent Breckenfelder a letter instructing him to offer the Government the Tahoe and $60,000 in cash to settle the forfeitures count.

7. Disagreements as to the slow-pace of the negotiations, Breckenfelder's failure to reach a settlement of the forfeitures count, and to follow my instructions, led to an increasingly tense relationship, which eventually led to a total breakdown in communications between us.

8. The breakdown in the relationship led to heated arguments, which made communications impossible.

9. In one occasion, on the day before the sentencing hearing, the argument was so heated that the Mercer County Sheriff Deputies had to intervene before it became a physical confrontation.

10. On the day of the sentencing hearing, Breckenfelder moved this Court to permit him to withdraw from the case and to submit me to a mental examination because of the heated and violent argument that had occurred the day before.

11. Subsequent to the sentencing hearing, the communications between Breckenfelder and I became impossible as arguments dominated any attempt to discuss the case.

12. On message left in Breckenfelder's answering machine on October 1, 2005, I instructed him to either accept the Government's terms for the forfeiture, or alternatively, to make an offer of $60,000 and the two vehicles. It is my understanding that neither the acceptance of the Government's terms nor the offer were

transmitted to the Government.

13. After receiving the Government's September 2, 2005, offer, Breckenfelder passed on neither the offer nor its conditions to me, nor did he inform me of the verbal settlement offer made by the Government on October 12, 2005.

14. I only learned about the September 2, 2005, offer when earlier this year I received copies of the file kept by Breckenfelder of my criminal case.

I declare under penalty of perjury that the above is true and correct to the best of my recollection and belief.

Executed at the Federal Prison Camp at Leavenworth, County of Leavenworth, State of Kansas, this 18th day of June of 2005.

                                                */s/ Gerald Aswege*
                                                Gerald M. Aswege