Gerald M. Aswege
Reg. No. 13340-026
Federal Prison Camp
P. O. Box 1000
Leavenworth, KS 66048-1000

**In Pro Se**

FILED

JUL X 2007
2 TP

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

GERALD M. ASWEGE,

    Defendant/Petitioner.
_____/

Case No. 4:04-CR-40073-MMM

DECLARATION OF
CLAUDIA VESCOLANI

I, the undersigned, hereby declare:

1.  I am the sister of petitioner/Defendant Gerald M. Aswege.

2.  During the time of his prosecution in this case, I maintained contact with him and with his attorney, Ted Breckenfelder.

3.  After my brother entered guilty pleas, he expressed his desire to reach a negotiated settlement in regards to the forfeitures count.

4.  Attorney Breckenfelder told me on more than one occasion that my brother was interested in negotiating a settlement of the forfeitures count.

5.  Sometime in August or September of 2005, my brother told me that he wanted to finish the criminal case and that he was ready

-1-

to settle the forfeiture count for whatever the Government was offering.

6.  Shortly after that conversation, my brother told me that he had instructed attorney Breckenfelder to accept whatever the Government was offering.

I declare under penalty of perjury that the above is true and correct to the best of my recollection and belief.

Executed at Benton Harbor, State of Michigan, this 24th day of June of 2007.

*Claudia Aswege Vescolani*
Claudia Aswege Vescolani
282 Higman Park
Benton Harbor, MI 49022