AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

Gerald M. Aswege

vs.                                         Case Number:   07-4034

United States of America

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Petitioner Aswege's Motion for Writ of Error Coram Nobis, which the Court construes as a Petition under 28 USC 2255 to Vacate, Set Aside or Correct Sentence, is dismissed for lack of jurisdiction.------------------------------------------------------------------------------------

ENTER this 13th day of July, 2007

JOHN M. WATERS, CLERK

S/Denise Koester
_____
BY:  DEPUTY CLERK