E-FILED
Wednesday, 01 August, 2007  12:14:18 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Gerald M. Aswege
Reg. No. 13340-026
Federal Prison Camp
P. O. Box 1000
Leavenworth, KS 66048-1000

**In Pro Se**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

GERALD M. ASWEGE,

    Defendant/Petitioner.

Case No. 4:04-CR-40073-MMM
         4:07-CV-4034-MMM

REQUEST TO PROCEED IN
FORMA PAUPERIS

COMES NOW Defendant/Petitioner, **Gerald M. Aswege**, in pro se, currently incarcerated, and hereby respectfully requests leave to proceed in forma pauperis in the execution of his appeal to the U. S. Court of Appeals for the Seventh Circuit for the final orders entered by this Court on July 13, 2007, and July 24, 2007.

    This request is based on Aswege's declaration and supporting documents.

    WHEREFORE, Aswege prays that this Court will grant him leave to proceed in forma pauperis in the execution of his appeal.

                        Respectfully submitted,

Date: July 29, 2007

                                                _/s/ Gerald M. Aswege_
                                                 Gerald M. Aswege
                                                 In Pro Se

## Deposits

Inmate Reg #: 13340329
Inmate Name: ASWEGE, GERALD
Report Date: 07/27/2007
Report Time: 11:58:33 AM
Current Institution: Leavenworth USP
Housing Unit: LVN-I-D
Living Quarters: I04-035L

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/26/2007 4:50:39 PM | LVN3711 | Sales | ($25.85) | 78 | | $194.51 |
| 7/21/2007 9:02:46 AM | AMService | Phone Withdrawal | ($24.00) | ITS0721 | | $220.36 |
| 7/19/2007 4:56:00 PM | LVN3711 | Sales | ($20.00) | 93 | | $244.36 |
| 7/19/2007 5:10:27 AM | AMSERVICE | Lockbox - CD | $100.00 | 70187501 | | $264.36 |
| 7/12/2007 4:58:20 PM | LVN3711 | Sales | ($26.30) | 88 | | $164.36 |
| 7/9/2007 9:14:55 PM | AMService | Phone Withdrawal | ($20.00) | ITS0709 | | $190.66 |
| 7/9/2007 8:28:26 AM | LVN7485 | Payroll - IPP | $37.47 | GIPP0607 | | $210.66 |
| 6/27/2007 5:18:50 PM | LVN3614 | Sales | ($17.25) | 48 | | $173.19 |
| 6/25/2007 9:08:20 PM | AMService | Phone Withdrawal | ($21.00) | ITS0625 | | $190.44 |
| 6/24/2007 5:08:16 AM | AMSERVICE | Lockbox - CD | $200.00 | 70185802 | | $211.44 |
| 6/20/2007 5:14:10 PM | LVN3614 | Sales | ($28.55) | 53 | | $11.44 |
| 6/18/2007 6:59:35 PM | AMService | Phone Withdrawal | ($14.00) | ITS0618 | | $39.99 |
| 6/13/2007 5:18:08 PM | LVN3614 | Sales | ($6.50) | 56 | | $53.99 |
| 6/11/2007 8:38:32 PM | AMService | Phone Withdrawal | ($12.00) | ITS0611 | | $60.49 |
| 6/8/2007 3:01:46 PM | LVN7485 | Payroll - IPP | $39.01 | GIPP0507 | | $72.49 |
| 6/6/2007 5:08:32 PM | LVN3614 | Sales | ($26.95) | 63 | | $33.48 |
| 6/2/2007 2:20:16 PM | AMService | Phone Withdrawal | ($29.00) | ITS0602 | | $60.43 |
| 5/23/2007 5:51:16 PM | LVN3614 | Sales | ($11.20) | 109 | | $89.43 |
| 5/20/2007 11:19:07 AM | AMService | Phone Withdrawal | ($30.00) | ITS0520 | | $100.63 |
| 5/11/2007 9:10:36 PM | AMService | Phone Withdrawal | ($18.00) | ITS0511 | | $130.63 |
| 5/10/2007 7:53:16 AM | LVN7485 | Payroll - IPP | $37.48 | GIPP0407 | | $148.63 |
| 5/9/2007 5:45:05 PM | LVN3614 | Sales | ($23.70) | 65 | | $111.15 |
| 5/3/2007 6:37:41 PM | LVN3614 | Sales | ($5.20) | 136 | | $134.85 |
| 4/29/2007 7:42:31 AM | AMService | Phone Withdrawal | ($24.00) | ITS0429 | | $140.05 |
| 4/25/2007 5:51:13 PM | LVN3614 | Sales | ($15.40) | 72 | | $164.05 |
| 4/18/2007 5:13:44 PM | LVN3614 | Sales | ($21.05) | 59 | | $179.45 |
| 4/16/2007 7:37:22 PM | AMService | Phone Withdrawal | ($20.00) | ITS0416 | | $200.50 |
| 4/15/2007 5:12:00 AM | AMSERVICE | Lockbox - CD | $200.00 | 70180902 | | $220.50 |
| 4/13/2007 6:12:26 PM | AMService | Phone Withdrawal | ($13.00) | ITS0413 | | $20.50 |
| 4/11/2007 5:25:57 PM | LVN3614 | Sales | ($21.15) | 65 | | $33.50 |
| 4/10/2007 1:06:35 PM | LVN7485 | Payroll - IPP | $26.18 | GIPP0307 | | $54.65 |
| 4/4/2007 6:17:26 PM | LVN3614 | Sales | ($31.85) | 85 | | $28.47 |
| 4/1/2007 7:14:20 PM | AMService | Phone Withdrawal | ($28.00) | ITS0401 | | $60.32 |
| 3/19/2007 5:28:03 PM | LVN3614 | Sales | ($32.35) | 68 | | $88.32 |
| 3/17/2007 8:58:01 PM | AMService | Phone Withdrawal | ($25.00) | ITS0317 | | $120.67 |
| 3/17/2007 5:18:09 AM | AMSERVICE | Lockbox - CD | $100.00 | 70178901 | | $145.67 |
| 3/13/2007 6:15:54 PM | LVN3614 | Sales | ($7.05) | 104 | | $45.67 |
| 3/9/2007 1:13:14 PM | LVN7485 | Payroll - IPP | $22.44 | GIPP0207 | | $52.72 |
| 3/6/2007 7:44:20 PM | AMService | Phone Withdrawal | ($20.00) | ITS0306 | | $30.28 |
| 3/6/2007 5:16:08 PM | LVN3614 | Sales | ($39.95) | 48 | | $50.28 |
| 3/2/2007 7:17:30 PM | AMService | Phone Withdrawal | ($27.00) | ITS0302 | | $90.23 |
| 2/27/2007 4:53:31 PM | LVN3614 | Sales | ($23.20) | 44 | | $117.23 |
| 2/27/2007 5:30:41 AM | AMSERVICE | Lockbox - CD | $100.00 | 70177501 | | $140.43 |
| 2/26/2007 8:35:03 PM | AMService | Phone Withdrawal | ($3.00) | ITS0226 | | $40.43 |
| 2/21/2007 5:26:26 PM | LVN3614 | Sales | ($3.00) | 82 | | $43.43 |
| 2/20/2007 5:40:02 PM | LVN3614 | Sales | ($2.00) | 85 | | $46.43 |
| 2/20/2007 5:00:28 PM | LVN3614 | Sales | ($21.95) | 44 | | $48.43 |
| 2/18/2007 4:45:16 PM | AMService | Phone Withdrawal | ($22.00) | ITS0218 | | $70.38 |
| 2/13/2007 5:11:36 PM | LVN3614 | Sales | ($8.30) | 56 | | $92.38 |
| 2/10/2007 6:43:53 PM | AMService | Phone Withdrawal | ($21.00) | ITS0210 | | $100.68 |

1 2

LEAVENWORTH USP

## All Transactions

Inmate Reg #: 13340329
Inmate Name: ASWEGE, GERALD
Report Date: 07/27/2007
Report Time: 11:58:42 AM
Current Institution: Leavenworth USP
Housing Unit: LVN-I-D
Living Quarters: I04-035L

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/9/2007 10:10:09 AM | LVN7485 | Payroll - IPP | $17.64 | GIPP0107 | | $121.68 |
| 2/6/2007 4:51:24 PM | LVN3614 | Sales | ($16.80) | 44 | | $104.04 |
| 2/1/2007 6:04:34 PM | AMService | Phone Withdrawal | ($21.00) | ITS0201 | | $120.84 |
| 1/30/2007 4:54:34 PM | LVN4390 | Sales | ($6.85) | 44 | | $141.84 |
| 1/26/2007 5:01:03 AM | AMSERVICE | Lockbox - CD | $100.00 | 70175401 | | $148.69 |
| 1/23/2007 5:08:23 PM | LVN3614 | Sales | ($16.50) | 51 | | $48.69 |
| 1/16/2007 4:47:25 PM | LVN3614 | Sales | ($15.60) | 34 | | $65.19 |
| 1/15/2007 7:47:24 PM | AMService | Phone Withdrawal | ($20.00) | ITS0115 | | $80.79 |
| 1/12/2007 8:46:46 PM | AMService | Phone Withdrawal | ($19.00) | ITS0112 | | $100.79 |
| 1/12/2007 5:06:19 AM | AMSERVICE | Lockbox - CD | $100.00 | 70174501 | | $119.79 |
| 1/10/2007 10:33:35 AM | LVN7485 | Payroll - IPP | $6.00 | GIPP1206 | | $19.79 |
| 1/9/2007 5:59:24 PM | LVN3614 | Sales | ($9.20) | 99 | | $13.79 |
| 1/2/2007 12:12:36 PM | LVN3614 | Sales | ($17.35) | 44 | | $22.99 |
| 12/31/2006 2:34:07 PM | AMService | Phone Withdrawal | ($28.00) | ITS1231 | | $40.34 |
| 12/28/2006 4:41:20 PM | LVN1999 | Sales | ($21.60) | 80 | | $68.34 |
| 12/21/2006 5:28:19 PM | LVN1999 | Sales | $0.00 | 113 | | $89.94 |
| 12/21/2006 2:58:27 PM | LVN1999 | Sales | ($17.75) | 9 | | $89.94 |
| 12/17/2006 8:38:37 AM | AMService | Phone Withdrawal | ($30.00) | ITS1217 | | $107.69 |
| 12/14/2006 3:06:51 PM | LVN0528 | Sales | ($32.75) | 62 | | $137.69 |
| 12/10/2006 8:36:19 AM | AMService | Phone Withdrawal | ($25.00) | ITS1210 | | $170.44 |
| 12/8/2006 6:11:29 AM | LVN7485 | Payroll - IPP | $23.94 | GIPP1106 | | $195.44 |
| 12/7/2006 2:36:35 PM | LVN4390 | Sales | ($9.40) | 41 | | $171.50 |
| 12/2/2006 11:52:30 AM | AMService | Phone Withdrawal | ($28.00) | ITS1202 | | $180.90 |
| 11/30/2006 5:46:27 PM | LVN4390 | Sales | ($14.15) | 84 | | $208.90 |
| 11/22/2006 2:22:46 PM | LVN0528 | Sales | ($17.85) | 55 | | $223.05 |
| 11/21/2006 7:29:09 PM | AMService | Phone Withdrawal | ($31.00) | ITS1121 | | $240.90 |
| 11/17/2006 5:17:21 AM | AMSERVICE | Lockbox - CD | $200.00 | 70170801 | | $271.90 |
| 11/16/2006 5:03:06 PM | LVN0528 | Sales | ($29.05) | 70 | | $71.90 |
| 11/10/2006 5:52:33 PM | AMService | Phone Withdrawal | ($27.00) | ITS1110 | | $100.95 |
| 11/9/2006 9:14:05 AM | LVN7485 | Payroll - IPP | $17.64 | GIPP1006 | | $127.95 |
| 11/2/2006 9:08:19 PM | AMService | Phone Withdrawal | ($17.00) | ITS1102 | | $110.31 |
| 11/2/2006 6:06:07 PM | LVN0528 | Sales | ($17.55) | 83 | | $127.31 |
| 10/27/2006 9:11:23 AM | Sentry | Transfer - In from TRUFACS | $41.75 | TX102706 | | $144.86 |
| 10/26/2006 5:41:37 PM | LVN0528 | Sales | ($4.40) | 63 | | $103.11 |
| 10/21/2006 9:40:25 AM | AMService | Phone Withdrawal | ($30.00) | ITS1021 | | $107.51 |
| 10/19/2006 5:13:17 PM | LVN0528 | Sales | ($13.85) | 34 | | $137.51 |
| 10/12/2006 4:53:04 PM | LVN0528 | Sales | ($9.20) | 25 | | $151.36 |
| 10/10/2006 10:01:37 AM | LVN7485 | Payroll - IPP | $25.20 | GIPP0906 | | $160.56 |
| 10/8/2006 8:45:43 PM | AMService | Phone Withdrawal | ($25.00) | ITS1008 | | $135.36 |
| 10/6/2006 5:34:44 AM | AMSERVICE | Lockbox - CD | $150.00 | 70167801 | | $158.36 |
| 10/1/2006 8:23:22 PM | AMService | Phone Withdrawal | ($20.00) | ITS1001 | | $8.36 |

1 2

LEAVENWORTH USP