E-FILED
Wednesday, 01 August, 2007 12:15:39 PM
Clerk, U.S. District Court, ILCD

Gerald M. Aswege
Reg. No. 13340-026
Federal Prison Camp
P. O. Box 1000
Leavenworth, KS 66048-1000

**In Pro Se**

FILED

AUG 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

GERALD M. ASWEGE,

    Defendant/Petitioner.

Case No. 4:04-CR-40073-MMM
         4:07-CV-4034-MMM

DECLARATION OF
GERALD M. ASWEGE

I, the undersigned, hereby declare:

1. I am a defendant in Case No. 4:04-CR-40073-MMM.

2. I am the petitioner in Case No. 4:07-CV-4034-MMM.

3. I am currently serving the 70-month sentence imposed by this Court in Case No. 4:04-CR-40073.

4. All of my property, personal and real, is currently either forfeited to the U. S. Government, in forfeiture proceedings from the State of Illinois, is part of disputed divorce proceeding in the State of Illinois, or is being held in a trust account based on a lien filed by my criminal attorney.

5. I have no source of income other than my prison performance pay, which averages $25.30 per month for the ten months I have been at the Federal Prison Camp at Leavenworth.

6. I have received monetary gifts from my family that average $125.00 per month for the last ten months, the period I have been at the Federal Prison Camp at Leavenworth.

7. My expenses include an average $68.00 per month to maintain telephone contact with my family, and the rest for necessaries, such as laundry supplies, hygiene items, and similar purchases.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

Executed at the Federal Prison Camp at Leavenworth, State of Kansas, this 29th day of July of 2007.

*Gerald M. Aswege*
Gerald M. Aswege