## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD M. ASWEGE, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 07-4034 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## O R D E R

This matter is now before the Court on Petitioner, Gerald Aswege's ("Aswege"), Motion to Proceed In Forma Pauperis on Appeal. Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."

In the case at bar, Aswege's successive petition clearly constituted an improper attempt to avoid the procedural limitations and requirements attendant to motions brought under § 2255 and was not the type of situation that the Seventh Circuit contemplated in establishing the narrow avenue for certain collateral claims to be reviewed under § 2241. Having failed to meet the prerequisites established in In re Davenport, the Court found that he was not entitled to proceed under § 2241 and dismissed the petition without prejudice to the opportunity to seek permission to bring a second or successive petition from the Seventh Circuit Court of Appeals.

Accordingly, the Court cannot find that this appeal is being taken in good faith. His Motion to Proceed In Forma Pauperis on Appeal [#9] is therefore DENIED.

ENTERED this 1st day of August, 2007.

                                                              s/   Michael M. Mihm
                                                                Michael M. Mihm
                                                           United States District Judge