E-FILED
Thursday, 02 August, 2007 10:46:17 AM
Clerk, U.S. District Court, ILCD

Gerald M. Aswege
Reg. No. 13340-026
Federal Prison Camp
P. O. Box 1000
Leavenworth, KS 66048-1000

**In Pro Se**

FILED

AUG 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

GERALD M. ASWEGE,

    Defendant/Petitioner.
_____/

Case No. 4:04-CR-40073-MMM
4:07-CV-4034-MMM

NOTICE OF APPEAL

    COMES NOW Defendant/Petitioner, **Gerald M. Aswege**, in pro se, and hereby gives Notice of Appeal to the U. S. Court of Appeals for the Seventh Circuit for this Court's order dated July 13, 2007, construing his Petition for Writ of Coram Nobis as a motion under 28 U.S.C. § 2255, and dismissing it as successive, and for the denial of his Motion to Alter or Amend Judgment pursuant to F.R.Civ.P. 59(e), entered on July 24, 2007.

    This appeal will address only the parts of the orders construing Aswege's petition as a section 2255 motion, not the dismissal of the later for lack of jurisdiction, therefore, Aswege avers, he is not required to obtain Certificate of Appealability.   28 U.S.C. § 2253(c) (2007).

///

Respectfully submitted,

Date: July 29, 2007

*Gerald M. Aswege*
Gerald M. Aswege
In Pro Se


CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have mailed true and complete copies of NOTICE OF APPEAL, REQUEST TO PROCEED IN FORMA PAUPERIS, and DECLARATION OF GERALD M. ASWEGE, and supporting documents, in a sealed envelope, first class postage attached thereto, and addressed to Mr. John K. Mehochko, A.U.S.A., U. S. Attorney's Office, 1830 2nd Avenue, Rock Island, IL 61201-8003.

Executed and mailed this 29th day of July of 2007.

*Gerald M. Aswege*
Gerald M. Aswege