## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 07-4034

Division: Rock Island Division

**Plaintiff (Petitioner)** Short Caption **defendant (Respondent)**

Gerald M Aswege, 13340-026                v.      United States of America

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Gerald M Aswege, 13340-026          Name: John K Mehochko

Firm: Leavenworth U. S. Penitentiary          Firm: U. S. Attorney

Address: P.O. Box 1000          Address: 1830 Second Avenue

Leavenworth, KS  66048          Rock Island, IL  61201-8003

Phone: 913-682-8700          Phone: 309-793-5895

---

Judge: Michael M Mihm          Nature of Suit Code:  510

Court Reporter: K. Hanna          Date Filed in District Court:  08/01/2007

Date of Judgment: 07/13/2007

Date of Notice of Appeal: 08/01/2007

Counsel:  ___Appointed      ___Retained   _X_ Pro Se

Fee Status:   ___Paid      ___Due       ___ IFP     _X_ IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:       ___Yes        _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;_X_ pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  __13340-026___

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**