E-FILED
Thursday, 02 August, 2007  03:16:16 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                       (312)435-5850

**To:**     **District Court Clerk's Office**

**Re:**     **Notice of Docketing**

    The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | August 2, 2007 |
| Appellate Court No.: | 07-2830 |
| Short Caption: | USA v. Aswege, Gerald M. |
| District Court Judge: | Michael M. Mihm |
| District Court No.: | 07 C 4034 |

If you have any questions regarding this appeal, please call this office.

**cc:**     **Karen Hanna**