# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

Date: August 2, 2007
Re: Aswege, Gerald v. USA
    Appeal No.: 07-2830

Appeal from the United States District Court for the
Central District of Illinois
No. 07 C 4034, Michael M. Mihm, Judge

To:     Gerald Aswege
        FEDERAL PRISON CAMP
        #13340-026
        P.O. Box 1000
        Leavenworth, KS  66048

      Circuit Rule 3(b) empowers the clerk to dismiss an appeal if the docket fee is not paid within fourteen (14) days of the docketing of the appeal.  This appeal was docketed on 8/2/07.  The District Court has indicated that as of 8/1/07 the docket fee has not been paid.  Depending on your situation, you should:

1. Pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so.**  The Court of Appeals cannot accept this fee.  You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the District Court, along with a certified copy of your prison trust account statement for the 6 month period preceding the filing of the notice of appeal, **if you have not already done so**  An original and three copies of that motion, with proof of service on your opponent, is required.  This motion must be supported by a sworn affidavit in the form prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/1/98), listing the assets and income of the appellant(s).

3. If the motion to proceed on appeal in forma pauperis is denied by denied by the district court, you must either pay the required required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within 14 days after service of notice of the action of the district court, or within 30 days of that date, renew your motion to proceed on appeal in forma pauperis with this court.  If the motion is renewed in this court, it must comply with the terms of Fed. R. App. P. 24(a).

If none of the above actions is taken, the appeal will be dismissed.

(1259-032800)
bcc:    John M. Waters