# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

DISMISSAL PER CIRCUIT RULE 3(b)

Date: October 4, 2007

By the Court:

No. 07-2830

UNITED STATES OF AMERICA,
       Plaintiff - Appellee

  v.

GERALD ASWEGE,
       Defendant - Appellant

Appeal from the United States District Court for the
Central District of Illinois
No. 07 C 4034, Michael M. Mihm, Judge

    This cause, docketed on 8/2/07, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

(1030-110293)

A True Copy;
Teste:

_[signature]_

Clerk of the United States
Court of Appeals for the
Seventh Circuit