E-FILED
Tuesday, 09 October, 2007  03:36:43 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE:   October 4, 2007

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 40
        211 - 19th Street
        Rock Island, IL  61201

FROM:   Clerk of the Court

RE:     07-2830
        Aswege, Gerald v. USA
        07 C 4034, Michael M. Mihm, Judge

FILED
OCT - 9 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:      Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date:   __October 9, 2007__              __s/Tina Peeples__
(1202-052495)                            Deputy Clerk, U.S. District Court