E-FILED
Thursday, 18 October, 2007 02:20:00 PM
Clerk, U.S. District Court, ILCD

**CERTIFIED COPY**

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

**FILED**

October 16, 2007

OCT 1 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

By the Court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 07-2830                            v. | ] Illinois.<br>] |
| GERALD ASWEGE,<br>    Defendant-Appellant. | ] No. 07 C 4034<br>]<br>] Michael M. Mihm,<br>]      Judge. |

   Upon consideration of the **APPELLANT'S MOTION TO REINSTATE APPEAL, OR ALTERNATIVELY, TO RECALL THE MANDATE**, filed on October 15, 2007, by the pro se appellant,

   **IT IS ORDERED** that the motion is **GRANTED**. This court's final order, dated October 4, 2007, is **VACATED**, the mandate is **RECALLED**, and this appeal is **REINSTATED**.

   Because a review of the district court's docket indicates that on August 1, 2007, the district court denied the appellant's motion to proceed on appeal in forma pauperis, **IT IS FURTHER ORDERED** that the appellant either pay the required appellate fees or file a motion to proceed on appeal in forma pauperis with the clerk of this court by October 31, 2007.

A True Copy:
    Teste:

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit.