

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.793-5778
FAX: 309.793-5878

**OFFICE OF THE CLERK**
ROOM 40
211 19TH STREET
ROCK ISLAND, ILLINOIS 61201

October 30, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Gerald Aswege v. United States of America
        D. C. Docket No. 07-4034
        U. S. C. A. Docket No. 07-2830

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1        Volumes of Pleadings

     Volumes of Transcript

     Volumes of Depositions

     Volumes of Exhibits:

     Impounded Exhibits:

   Other (specify):

   Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK


        BY:____s/Tina Peeples_____
        Deputy Clerk

ELECTRONIC FILING SYSTEM - U.S. District Court ILCD - Docket Report  Page 1 of 3
4:07-cv-04034-MMM-JAG    # 21-2    Page 1 of 3

E-FILED
Tuesday, 30 October, 2007  03:59:55 PM
Clerk, U.S. District Court, ILCD

12, 15, APPEAL, CLOSED

## U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Rock Island)
## CIVIL DOCKET FOR CASE #: 4:07-cv-04034-MMM-JAG
### Internal Use Only

Aswege v. United States of America  
Assigned to: Judge Michael M. Mihm  
Referred to: Magistrate Judge John A. Gorman  
Case in other court: 7th USCA, 07-02830  
Cause: 28:1651 Petition for Writ of Coram Nobis  

Date Filed: 07/02/2007  
Date Terminated: 07/13/2007  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant  

**Petitioner**

**Gerald M Aswege**    represented by    **Gerald M Aswege**
13340-026
LEAVENWORTH
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEAVENWORTH, KS 66048
913-682-8700
PRO SE

V.

**Respondent**

**United States of America**    represented by    **John K Mehochko**
US ATTY
1830 2nd Avenue
Rock Island, IL 61201-8003
309-793-5884
Fax: 309-793-5895
Email: john.mehochko@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2007 | 1 | PETITION/COMPLAINT FOR WRIT OF ERROR CORAM NOBIS against United States of America, filed by Gerald M Aswege. (Attachments: # 1 Exhibit)(TP, ilcd) Modified on 7/2/2007 to reflect the correct title(DK, ilcd). (Entered: 07/02/2007) |

| | | |
|---|---|---|
| 07/02/2007 | 2 | MEMORANDUM in Support of re 1 Petition for Writ of Coram Nobis by Gerald M Aswege. (TP, ilcd) (Entered: 07/02/2007) |
| 07/02/2007 | 3 | AFFIDAVIT by Gerald M Aswege. (TP, ilcd) (Entered: 07/02/2007) |
| 07/02/2007 | 4 | AFFIDAVIT by Claudia Vescolani. (TP, ilcd) (Entered: 07/02/2007) |
| 07/13/2007 | 5 | ORDER DISMISSING CASE Entered by Judge Michael M. Mihm on 7/13/07. Petitioner Aswege's Motion for Writ of Error Coram Nobis, which the Court construes as a Petition under 28 USC 2255 to Vacate, Set Aside or Correct Sentence [#1] is dismissed for lack of jurisdiction. This matter is terminated.(DK, ilcd) (Entered: 07/13/2007) |
| 07/13/2007 | 6 | JUDGMENT. Petitioner's Motion for Writ of Error Coram Nobis, which the Court construes as a Petition under 28 USC 2255 to Vacate, Set Aside or Correct Sentence is dismissed for lack of jurisdiction. (DK, ilcd) (Entered: 07/16/2007) |
| 07/23/2007 | 7 | MOTION to Alter/Amend Judgment by Petitioner Gerald M Aswege. (TP, ilcd) (Entered: 07/23/2007) |
| 07/23/2007 | | (Court only) *** Motions No Longer Referred: 7 MOTION to Alter Judgment (WW, ilcd) (Entered: 07/23/2007) |
| 07/24/2007 | | TEXT ONLY ORDER denying 7 Motion to Alter Judgment. "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." Caisse Nationale de Credit v. CBI Industries, 90 F.3d 1264, 1269 (7th Cir. 1996). Furthermore, it is not appropriate to argue matters that could have been raised in prior motions or rehash previously rejected arguments in a motion to reconsider. Id. at 1270. As Petitioner has failed to present any manifest error of law or fact, much less present newly discovery evidence, reconsideration is not warranted. Entered by Judge Michael M. Mihm on 07/24/2007. (MMM2, ilcd) (Entered: 07/24/2007) |
| 08/01/2007 | 8 | NOTICE OF APPEAL as to 5 Order Dismissing Case 6 Judgment and Text Order on Motion to Alter Judgment by Gerald M Aswege. (TP, ilcd) (Entered: 08/01/2007) |
| 08/01/2007 | 9 | MOTION for Leave to Appeal in forma pauperis by Petitioner Gerald M Aswege. Responses due by 8/20/2007 (TP, ilcd) (Entered: 08/01/2007) |
| 08/01/2007 | 10 | AFFIDAVIT by Gerald M Aswege. (TP, ilcd) (Entered: 08/01/2007) |
| 08/01/2007 | 12 | STRICKEN :CERTIFICATE OF APPEALABILITY (TP, ilcd) Modified on 8/2/2007 to reflect that this document is STRICKEN pursuant to the 8/2/07 text entry (DK, ilcd). (Entered: 08/02/2007) |
| 08/01/2007 | 13 | MOTION for Certificate of Appealability by Petitioner Gerald M Aswege. Responses due by 8/20/2007 (TP, ilcd) (Entered: 08/02/2007) |
| 08/02/2007 | 11 | ORDER Entered by Judge Michael M. Mihm on 08/01/2007 denying 9 Motion for Leave to Appeal in forma pauperis. (TP, ilcd) (Entered: 08/02/2007) |

| | | |
|---|---|---|
| 08/02/2007 | | TEXT ORDER STRIKING/VACATING DOCUMENT Entered by Judge Michael M. Mihm on 8/2/07: Court is STRIKING document # 12 Certificate of Appealability as the clerk incorrectly docketed it. It should be corrected docketed as a Motion for Certificate of Appealability and the clerk is directed to re-file it appropriately. (DK, ilcd) (Entered: 08/02/2007) |
| 08/02/2007 | 14 | Short Record of Appeal Sent to US Court of Appeals re 8 Notice of Appeal (TP, ilcd) (Entered: 08/02/2007) |
| 08/02/2007 | 15 | NOTICE of Docketing Record on Appeal from USCA re 8 Notice of Appeal filed by Gerald M Aswege. USCA Case Number 07-2830 (TP, ilcd) (Entered: 08/02/2007) |
| 08/02/2007 | 16 | ORDER of USCA as to 11 Notice of Appeal filed by Gerald M Aswege. Circuit Rule 3 empowers the clerk to dismiss an appeal if the docket fee of $455.00 is not paid within 14 days. The District Court has indicated that as of 8/1/02 the docket fee has not been paid. (TP, ilcd) (Entered: 08/02/2007) |
| 10/09/2007 | 17 | ORDER of USCA as to 8 Notice of Appeal filed by Gerald M Aswege. This cause is DISMISSED for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b). (TP, ilcd) (Entered: 10/09/2007) |
| 10/09/2007 | 18 | Notice of Appeal Record Returned: The record will be returned at a later date. (TP, ilcd) (Entered: 10/09/2007) |
| 10/11/2007 | | TEXT ONLY ORDER finding as moot 13 Motion for Certificate of Appealability, as the appeal has been dismissed by the Seventh Circuit Court of Appeals for failure to remit the filing fee. Entered by Judge Michael M. Mihm on 10/11/07. (MMM2, ilcd) (Entered: 10/11/2007) |
| 10/18/2007 | 19 | ORDER of USCA as to 8 Notice of Appeal filed by Gerald M Aswege. IT IS ORDERED that the motion is GRANTED. This court's final order dated October 4, 2007, is VACATED, the mandate is RECALLED, and this appeal is REINSTATED. IT IS FURTHER ORDERED that the appellant either pay the required appellate fees or file a motion to appeal in forma pauperis with the clerk of this court by October 31, 2007. (TP, ilcd) (Entered: 10/18/2007) |
| 10/29/2007 | 20 | Request from USCA for Long Record re 19 USCA Order. (TP, ilcd) (Entered: 10/29/2007) |