E-FILED
Wednesday, 31 October, 2007  08:58:43 AM
Clerk, U.S. District Court, ILCD

Gerald M. Aswege
Reg. No. 13340-026
282 Higman Park
Benton Harbor, MI 49022

In Pro Se



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

GERALD M. ASWEGE,

    Defendant/Petitioner,

v.

UNITED STATES OF AMERICA,

    Plaintiff/Respondent.
_____/

Cases Nos. 4:04-CR-40073-MMM
           4:07-CV-4034-MMM-JAG

DEFENDANT/PETITIONER'S
NOTICE OF CHANGE OF
MAILING ADDRESS

    PLEASE TAKE NOTICE that Defendant/Petitioner, **Gerald M. Aswege**, has a new mailing address effective immediately. Defendant/Petitioner's new mailing address is

    Gerald M. Aswege
    Reg. No. 13340-026
    282 Higman Park
    Benton Harbor, MI 49022

Date: October 29, 2007

                                                 _____
                                                 Gerald M. Aswege
                                                 In Pro Se

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby certify under penalty of perjury that I have caused to mail a true and correct copy of DEFENDANT/PETITIONER'S NOTICE OF CHANGE OF MAILING ADDRESS, in a sealed envelope, prepaid first class postage attached thereto, and addressed to Mr. John K. Mehochko, A.U.S.A., U. S. Attorney's Office, 1830 2nd Avenue, #320, Rock Island, IL 61201.

Executed and mailed this 29th day of October of 2007.

*Gerald M. Aswege*
Gerald M. Aswege