


FILED
NOV 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
ROOM 40
211 19TH STREET
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793-5778
FAX: 309.793-5878

October 30, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**07-2830**

RE: Gerald Aswege v. United States of America
D. C. Docket No. 07-4034
U. S. C. A. Docket No. 07-2830

Dear Mr. Agnello:

  I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

  1    Volumes of Pleadings

  Volumes of Transcript

  Volumes of Depositions

  Volumes of Exhibits:

  Impounded Exhibits:

  Other (specify):

U.S.C.A. — 7th Circuit
FILED
NOV 07 2007  DP
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

       Very truly yours,

       JOHN M. WATERS, CLERK


       BY:____s/Tina Peeples_____
         Deputy Clerk

07-4034 Aswege Long Rec On Apl 2 7CA October 30 2007.wpd