# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF RECORD RETURN

**DATE:** November 15, 2007

**TO:** John M. Waters
United States District Court
Central District of Illinois
Room 40
211 - 19th Street
Rock Island, IL  61201

FILED
NOV 16 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

**FROM:** Clerk of the Court

**RE:** 07-2830
Aswege, Gerald v. USA
07 C 4034, Michael M. Mihm, Judge

The mandate or agency closing letter in this cause issued on 10/04/07.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Volumes Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other: _____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: November 16, 2007          s/Tina Peeples
                                 Deputy Clerk, U.S. District Court
(1073-042591)                    or Agency Representative