**E-FILED**
Wednesday, 21 November, 2007 10:09:23 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.793-5778
FAX: 309.793-5878

OFFICE OF THE CLERK
ROOM 40
211 19TH STREET
ROCK ISLAND, ILLINOIS 61201

November 21, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Gerald Aswege v. United States of America
        D. C. Docket No. 07-4034
        U. S. C. A. Docket No. 07-2830

Dear Mr. Agnello:

I am **re-sending** you herewith the original/supplemental (delete inapplicable entry) record on appeal. Apparently the record was returned prematurely. The file is being returned via certified mail item number: 7005 0390 0002 9179 1445 It consists of the following:

    **1 Volumes of Pleadings**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK

        BY:____s/Tina Peeples_____
            Deputy Clerk