

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.793-5778
FAX: 309.793-5878

OFFICE OF THE CLERK
ROOM 40
211 19TH STREET
ROCK ISLAND, ILLINOIS 61201

**FILED**
NOV 3 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

November 21, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604



RE: Gerald Aswege v. United States of America
D. C. Docket No. 07-4034
U. S. C. A. Docket No. 07-2830

Dear Mr. Agnello:

I am **re-sending** you herewith the original/supplemental (delete inapplicable entry) record on appeal. Apparently the record was returned prematurely. The file is being returned via certified mail item number: 7005 0390 0002 9179 1445  It consists of the following:

**1 Volumes of Pleadings**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:____s/Tina Peeples____
Deputy Clerk