# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

Submitted December 14, 2007
Decided December 20, 2007

FILED
DEC 2 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Before

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 07-2830

| | |
|---|---|
| GERALD ASWEGE,<br>*Petitioner-Appellant,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Respondent-Appellee.* | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 07-4034<br><br>Michael M. Mihm,<br>*Judge.* |

O R D E R

    In 2005 Gerald Aswege pleaded guilty in the Central District of Illinois to possession with intent to distribute a controlled substance and conspiracy to do the same. He was sentenced to 70 months' imprisonment. In 2006 Aswege sought relief under 28 U.S.C. § 2255, arguing ineffective assistance of counsel. The district court denied his motion. *See Aswege v. United States*, No. 06-4047 (C.D. Ill. Sept. 7, 2006). Aswege voluntarily dismissed his appeal from the district court's denial. *See Aswege v. United States*, No. 07-1301 (7th Cir. Mar. 1, 2007). Aswege has now filed what he titles a Motion for Writ of Error Coram Nobis. The district court identified the filing as an unauthorized successive collateral attack and dismissed it for lack of jurisdiction.

    Aswege has filed a notice of appeal, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. Aswege's filing argues only the ineffectiveness of counsel, an argument that he advanced in his first § 2255 motion.

    Accordingly, the request for a certificate of appealability is DENIED. Aswege's motion to proceed in forma pauperis is DENIED.